Court of Appeals,

22-99-CV

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
03/28/2022 11:21:18 AM
MICHAEL A. CRUZ
Clerk

I've been incarcerated since Sept 4th 2021. Going to court until July 27th 2022 I'm unable to pay the Reporter's Fees. I have no income coming in. I'm notifying the court of this situation.

FILED

MAR 28 2022

In the Court of Appeals
San Antonio, TX

Thank you

Alfredo Vela



# Fourth Court of Appeals
## San Antonio, Texas

March 15, 2022

No. 04-22-00099-CV

Alfredo Meneses **VELA**,
Appellant

v.

Maria Guadalupe **VELA**,
Appellee

From the County Court, Gillespie County, Texas
Trial Court No. 16603CCL
Honorable Christopher G. Nevins, Judge Presiding

## ORDER

On March 3, 2022, the trial court reporter filed a notification of late record. On March 14, 2022, the trial court reporter filed a second notification of late record notifying this court that the reporter's record was not filed when it was originally due because appellant has failed to pay or make arrangements to pay the reporter's fee for preparing the record. It is therefore **ORDERED** that appellant provide written proof to this court within ten (10) days of the date of this order that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. The reporter's record must be filed no later than ten (10) days after the date appellant's written proof is filed with this court. If appellant fails to respond within the time provided, appellant's brief will be due within thirty (30) days from the date of this order, and the court will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

Rebeca C. Martinez, Chief Justice

Received on 3-23-2022.



# COURT OF APPEALS

REBECA C. MARTINEZ
CHIEF JUSTICE
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
IRENE RIOS
BETH WATKINS
LIZA A. RODRIGUEZ
LORI I. VALENZUELA
JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

MICHAEL A. CRUZ,
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

March 15, 2022

Nailya Fuller
Texas RioGrande Legal Aid, Inc.
1111 N. Main St.
San Antonio, TX 78212
* DELIVERED VIA E-MAIL *

Alfredo Meneses Vela
c/o Gillespie County Jail
104 Industrial Loop
Fredericksburg, TX 78624

RE:     Court of Appeals Number:     04-22-00099-CV
        Trial Court Case Number:     16603CCL
        Style:  Alfredo Meneses Vela
                v.
                Maria Guadalupe Vela

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
MICHAEL A. CRUZ, Clerk of
Court

Veronica L. Gonzalez
Deputy Clerk, Ext. 5-3220

cc: Honorable Christopher G. Nevins (DELIVERED VIA E-MAIL)
Jan Davis (DELIVERED VIA E-MAIL)
Terralyn Gentry (DELIVERED VIA E-MAIL)

FIRST-CLASS MAIL

AUSTIN TX 786

24 MAR 2022PM 2 L

NEOPOST
03/24/2022
US POSTAGE $000.53⁰
ZIP 78624
041M11463772

Alfredo Vela
104 Industrial Loop
Fredericksburg, TX 78624

INMATE MAIL
Legal
INDIGENT

FILED

MAR 28 2022

In the Court of Appeals
San Antonio, TX

Court of Appeals
Fourth Court of Appeals
CADENA-Reeves Justice Center
300 DOLOROSA Suite 3200
SAN Antonio, Texas
78205-3037

78205-303799